**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF EDUCATION OF THE HIGHLAND LOCAL SCHOOL DISTRICT, | : : : | |
| **Plaintiff,** | : : | |
| | : | Case No. 2:16-CV-524 |
| v. | : : | JUDGE ALGENON L. MARBLEY |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | : : : | Magistrate Judge Jolson |
| **Defendants.** | : : | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

Counsel shall carefully read this Order, note the time set forth for oral argument, and adhere to all of the requirements herein.

Counsel for the parties are to appear before this Court for oral argument on the Motion for Preliminary Injunction on **Wednesday, August 24, 2016 at 10:00 a.m.** in Court Room 1, Room 331 of the U. S. Courthouse located at 85 Marconi Boulevard, Columbus, Ohio.  Upon arrival, counsel will enter their appearance with the Court Reporter and the Courtroom Deputy Clerk before the start of the opening session of the hearing before the Court.

Defendants will submit their response in opposition to Plaintiffs' Motion for Preliminary Injunction on or before **August 5, 2016**.  Plaintiffs will submit their reply, if any, to Defendants' response on or before **August 12, 2016**.

Oral argument in this case may not be continued by stipulation of the parties or counsel, but only by an order of the Court on good cause shown.  Any request for a continuance should be made promptly after the reason for seeking the continuance becomes known.

Counsel should be prepared to argue for thirty (30) minutes.  The movant will argue first and will have the option of reserving up to five (5) minutes for rebuttal.  Counsel should prepare for oral argument with the knowledge that this Court has already studied the memoranda related to the preliminary-injunction motion.  Reading from briefs, decisions or the record is not recommended except in unusual circumstances.  Counsel should be prepared to answer questions raised by the Court.

**IT IS SO ORDERED.**

                                                                                                 s/Algenon L. Marbley
                                                                                       **ALGENON L. MARBLEY**
**DATED: July 19, 2016**                                               **United States District Judge**