# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Board of Education of the Highland Local School District,<br><br>    Plaintiff,<br><br>  vs.<br><br>United States Department of Education; John B. King, Jr., in his official capacity as United States Secretary of Education; United States Department of Justice; Loretta E. Lynch, in her official capacity as United States Attorney General; and Vanita Gupta, in her official capacity as Principal Deputy Assistant Attorney General,<br><br>    Defendants.<br>_____<br>Jane Doe, a minor, by and through her legal guardians Joyce and John Doe,<br><br>    Intervenor Third-Party Plaintiff,<br><br>  vs.<br><br>Board of Education of the Highland Local School District; Highland Local School District; William Dodds, Superintendent of Highland Local School District; and Shawn Winkelfoos, Principal of Highland Elementary School,<br><br>    Third-Party Defendants. | Case No: 2:16-cv-524<br><br>Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Board of Education of the Highland Local School District appeals to the United States Court of Appeals for the Sixth Circuit from the

1

Opinion and Order (Doc. 95) denying Plaintiff's Motion for Preliminary Injunction (Doc. 10) and granting Intervenor Third-Party Plaintiff Doe's Motion for Preliminary Injunction (Docs. 35-36) entered in this action on the 26th day of September, 2016.

Date: September 26, 2016.

Respectfully submitted,

s/ David Langdon
David Langdon, OH 0067046
   *Trial Attorney*
LANGDON LAW, LLC
8913 Cincinnati Dayton Road
West Chester, Ohio 45069
(513) 577-7380
(513) 577-7383 Fax
dlangdon@langdonlaw.com

Andrew J. Burton, OH 0083178
RENWICK, WELSH & BURTON LLC
9 North Mulberry Street
Mansfield, Ohio 44902
(419) 522-2889
(419) 525-4666 Fax
andrew@rwblawoffice.com

Gary S. McCaleb, AZ 018848*
Steven O'Ban, WA 17265**
Douglas G. Wardlow, AZ 032028**
Jeana Hallock, AZ 032678*
ALLIANCE DEFENDING FREEDOM
15100 North 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
gmccaleb@ADFlegal.org
soban@ADFlegal.org
dwardlow@ADFlegal.org
jhallock@ADFlegal.org

J. Matthew Sharp, GA 607842*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 Fax
msharp@ADFlegal.org

*Counsel for Plaintiff Board of Education of the Highland Local School District*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2016, I filed the foregoing document, entitled Notice of Appeal through the Court's ECF system.

s/ David Langdon  
David Langdon
