IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BOARD OF EDUCATION OF THE HIGHLAND LOCAL SCHOOL DISTRICT, | CASE NO. 2:16-cv-00524 |
| Plaintiff, | JUDGE MARBLEY |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |
| JANE DOE, a minor, by and through her legal guardians JOYCE and JOHN DOE, | |
| Intervenor Third-Party Plaintiff, | |
| v. | |
| BOARD OF EDUCATION OF THE HIGHLAND LOCAL SCHOOL DISTRICT, et al., | |
| Third-Party Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Third-Party Defendants Board of Education of the Highland Local School District; Highland Local School District; William Dodds, Superintendent of Highland Local School District; and Shawn Winkelfoos, Principal of Highland Elementary School, appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order (Doc. 95) denying Plaintiff's Motion for Preliminary Injunction (Doc. 10) and granting Intervenor Third-Party Plaintiff Doe's Motion for Preliminary Injunction (Docs. 35-36) entered in this action on September 26, 2016.

Respectfully submitted,

*/s/ Matthew John Markling*
Matthew John Markling (0068095) Lead Attorney
Sean Koran (0085539)
Patrick Vrobel (0082832)
McGown & Markling Co., L.P.A.
1894 North Cleveland-Massillon Road
Akron, Ohio 44333
Telephone: 1.330.670.0005
Facsimile: 1.330.670.0002
Email: mmarkling@mcgownmarkling.com
   skoran@mcgownmarkling.com
   pvrobel@mcgownmarkling.com

*Attorneys for Third-Party Defendants Board of Education of the Highland Local School District; Highland Local School District; William Dodds, Superintendent of Highland Local School District; and Shawn Winkelfoos, Principal of Highland Elementary School*

Gary S. McCaleb, AZ 018848*
Steven O'Ban, WA 17265*
Douglas G. Wardlow, AZ 032028*
Jeana Hallock, AZ 032678*
ALLIANCE DEFENDING FREEDOM
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone: 1.480.444.0020
Facsimile: 1.480.444.0028
Email: gmccaleb@ADFlegal.org
   soban@ADFlegal.org
   dwardlow@ADFlegal.org
   jhallock@ADFlegal.org

J. Matthew Sharp, GA 607842*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, Georgia 30043
Telephone: 1.770.339.0774
Facsimile: 1.770.339.6744
Email: msharp@ADFlegal.org

        David Langdon, OH 0067046
        LANGDON LAW, LLC
        8913 Cincinnati Dayton Road
        West Chester, Ohio 45069
        Telephone: 1.513.577.7380
        Facsimile: 1.513.577.7383
        Email: dlangdon@langdonlaw.com

        Andrew J. Burton, OH 0083178
        RENWICK, WELSH & BURTON LLC
        9 North Mulberry Street
        Mansfield, Ohio 44902
        Telephone: 1.419.522.2889
        Facsimile: 1.419.525.4666
        Email: andrew@rwblawoffice.com

        *Co-Counsel for Third-Party Defendants Board of Education of the Highland Local School District and Highland Local School District*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2016, a copy of the foregoing was sent via this Court's electronic filing system to all counsel of record.

        */s/ Matthew John Markling*
        Matthew John Markling (0068095)

*\*Admitted Pro Hac Vice*