UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BOARD OF EDUCATION OF THE
HIGHLAND LOCAL SCHOOL DISTRICT,

      Plaintiff,

      vs.

UNITED STATES DEPARTMENT OF
EDUCATION; JOHN B. KING, JR., in his
official capacity as United States Secretary of
Education; UNITED STATES DEPARTMENT
OF JUSTICE; LORETTA E. LYNCH, in her
official capacity as United States Attorney
General; and VANITA GUPTA, in her official
capacity as Principal Deputy Assistant Attorney
General,

      Defendants.

----------------------------------------------------------

JANE DOE, a minor, by and through her legal
guardians JOYCE and JOHN DOE,

      Intervenor Third-Party Plaintiff,

      vs.

BOARD OF EDUCATION OF THE
HIGHLAND LOCAL SCHOOL DISTRICT;
HIGHLAND LOCAL SCHOOL DISTRICT;
WILLIAM DODDS, Superintendent of Highland
Local School District; and SHAWN
WINKELFOOS, Principal of Highland
Elementary School,

      Third-Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 2:16-cv-524

Judge Algenon L. Marbley
Magistrate Judge Kimberly A. Jolson

## JANE DOE'S MOTION TO STRIKE CERTAIN DEFENSES FROM HIGHLAND'S ANSWER

Pursuant to Federal Rule of Civil Procedure 12(f), Jane Doe, by and through her legal guardians, Joyce and John Doe, hereby moves to strike certain defenses from the Answer pled by Plaintiff/Third-Party Defendant Board of Education of the Highland Local School District (the "Board") and the Third-Party Defendants Highland Local School District, William Dodds, and Shawn Winkelfoos (together, "Highland").  Dkt. 115.  In support of this motion, Jane Doe submits the accompanying memorandum of law, moving to strike defenses for failing either to meet the Rule 12(f) pleading standard or the heightened pleading standard laid out in *Bell Atlantic Corp. v. Twombly* and *Ashcroft v. Iqbal*.  FED. R. CIV. P. 12(f)(2); 550 U.S. 544 (2007); 556 U.S. 662 (209).  Highland has presented no factual information to support any of its defenses, and in many cases has presented defenses that have no legally cognizable place in this case.  Under the standards of Rule 12(f) and *Twombly* and *Iqbal*, all of Highland's defenses should be struck.  However, because Jane realizes that some of Highland's defenses have been explained in more detail in collateral submissions, Jane only moves to strike the following defenses:  **Two** through **Five**, **Seven** through **Ten**, **Twenty-Six, Twenty-Seven**, **Twenty-Nine**, **Thirty**, **Thirty-Two**, and **Thirty-Six** through **Forty.**

Jane Doe respectfully urges this Court to GRANT this motion to strike.

Dated:  November 21, 2016

Respectfully submitted,

By:  s/ John Harrison
    John Harrison (OH Bar No. 0065286)
    Linda Gorczynski (OH Bar No. 0070607)
    HICKMAN & LOWDER, L.P.A.
    1300 East 9th Street, Suite 1020
    Cleveland, OH 44199
    (216) 861-0360 (tel)
    (216) 861-3113 (fax)
    Johnh@Hickman-Lowder.com
    LGorczynski@Hickman-Lowder.com

    Jyotin Hamid*
    Joseph Weissman*
    Derek Wikstrom*
    Jennifer Mintz*
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, New York 10022
    (212) 909-6000 (tel)
    (212) 909-6836 (fax)
    jhamid@debevoise.com
    jweissman@debevoise.com
    dwikstrom@debevoise.com
    jfmintz@debevoise.com

    Christopher Stoll*
    Asaf Orr*
    NATIONAL CENTER FOR LESBIAN RIGHTS
    870 Market Street Suite 370
    San Francisco, California 94102
    (415) 392-6257 (tel)
    (415) 392-8442 (fax)
    cstoll@nclrights.org
    aorr@nclrights.org

    *Attorneys for JANE DOE*

    * admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.

                                              s/ John Harrison_____
                                              John Harrison