# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 07, 2017

Mr. Douglas G. Wardlow
Alliance Defending Freedom
15100 N. 90th Street
200
Scottsdale, AZ 85260

        Re: Case No. 16-4107, *Bd of Ed of Highland School v. USDOE, et al*
           Originating Case No. : 2:16-cv-00524

Dear Counsel,

  The Court issued the enclosed (Order/Opinion) today in this case.

                        Sincerely yours,

                        s/Roy G. Ford
                        Case Manager
                        Direct Dial No. 513-564-7016

cc:  Ms. Marleigh D. Dover
      Ms. Jeana J. Hallock
      Mr. Jyotin R. Hamid
      Mr. John R. Harrison
      Mr. David R. Langdon
      Mr. Matthew John Markling
      Mr. Gary McCaleb
      Ms. Jennifer F. Mintz
      Mr. Richard W. Nagel
      Mr. Asaf Orr
      Mr. Jeffrey Eric Sandberg

    Mr. Christopher F. Stoll
    Mr. Derek Wikstrom

Enclosure

No mandate to issue

Case No. 16-4107

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

BOARD OF EDUCATION OF THE HIGHLAND LOCAL SCHOOL DISTRICT

    Plaintiff - Third Party Defendant - Appellant

v.

U.S. DEPARTMENT OF EDUCATION; SECRETARY OF EDUCATION JOHN KING; U.S. DEPARTMENT OF JUSTICE; U.S. ATTORNEY GENERAL JEFF B. SESSIONS; PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL VANITA GUPTA

    Defendants - Appellees

JANE DOE, a minor by and through her legal guardians JOYCE and JOHN DOE

    Intervenor - Third Party Plaintiff - Appellee

SUPERINTENDENT WILLIAM DODDS, HIGHLAND LOCAL SCHOOL DISTRICT, PRINCIPAL SHAWN WINKELFOOS

    Defendants

   Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

   It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                     **ENTERED PURSUANT TO RULE 45(a),**
                                     **RULES OF THE SIXTH CIRCUIT**
                                     Deborah S. Hunt, Clerk

Issued:  April 07, 2017